**STATE of Missouri, Respondent,**

v.

**Carl ROBY, Appellant.**

**No. WD 43634.**

Missouri Court of Appeals,
Western District.

June 25, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 1991.

Application to Transfer Denied
Sept. 10, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of robbery in the first degree, § 569.020, RSMo 1986, assault in the first degree, § 565.050, RSMo 1986, and two counts of armed criminal action, § 571.015, RSMo 1986, and from sentences of two concurrent terms of life imprisonment and two consecutive terms of five years' imprisonment.

Judgment affirmed. Rule 30.25(b).